KIRBY *v.* JOHNSON.

BELL, Justice. 1. Where a judgment was rendered against a husband and in favor of his wife for sums of money as permanent alimony, payable in instalments, for the support of their children, and the husband was adjudged in contempt for his failure to pay to her a sum past due as to one of the children (*Kirby* v. *Johnson*, 188 *Ga.* 49, 2 S. E. 2d, 640), the husband is not relieved from such contempt by payment of the sum to a guardian subsequently appointed for the child upon the child's selection or nomination, after arrival at the age of fourteen years.

2. The alimony was obtained for the child at the suit of the wife, and was payable to her for the support of the child, under the terms of the judgment. Compare *Rochester* v. *Rochester*, 124 *Ga.* 993 (53 S. E. 399); *Smith* v. *Smith*, 136 *Ga.* 531 (71 S. E. 869); *Waller* v. *Waller*, 163 *Ga.* 377 (136 S. E. 149).

(*a*) A suit for alimony, as such, for the support of a child can be maintained only by the child's mother. *Sikes* v. *Sikes*, 158 *Ga.* 406 (123 S. E. 694); *Hooten* v. *Hooten*, 168 *Ga.* 86 (147 S. E. 373); *Hansberger* v. *Hansberger*, 182 *Ga.* 495 (185 S. E. 810).

(*b*) A claim for alimony is different from an ordinary debt. *Garrett* v. *Garrett*, 175 *Ga.* 455 (165 S. E. 230); *Green* v. *Beaumont*, 179 *Ga.* 804 (177 S. E. 572); *Westmoreland* v. *Dodd*, 2 Fed. 2d, 212.

(*c*) As to payment generally, see *Robinson* v. *Robinson*, 6 *Ga.* 515 (2); *Patillo* v. *Smith*, 61 *Ga.* 265 (2); *Hill* v. *Arnold*, 116 *Ga.* 45 (2) (42 S. E. 475); *Southern Railway Co.* v. *Cole*, 49 *Ga. App.* 635 (2) (176 S. E. 512).

3. Under the foregoing authorities, payment to the guardian was not a satisfaction of the judgment, and did not relieve the husband of contempt. See *Fischer* v. *Fischer*, 164 *Ga.* 81 (5) (137 S. E. 821).

4. The judge did not err in refusing to discharge the husband from the order adjudging him in contempt.

*Judgment affirmed. All the Justices concur.*

No. 12953. SEPTEMBER 15, 1939.

*Maddox & Griffin,* for plaintiff in error.
*Mrs. Charles L. Camp* and *Alec Harris,* contra.